IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| DWAYNE BROOKS, | ) | |
| Plaintiff, | ) ) ) | CASE NO: 1:24-cv-1590 |
| | ) ) | Judge Dan Aaron Polster |
| v. | ) ) | |
| THE CITY OF CLEVELAND, *et al.*, | ) ) | **OPINION AND ORDER** |
| Defendants. | ) ) ) | |

Before the Court is Movant Ohio Justice and Policy Center's ("OJPC") Motion to Quash Subpoena. Defendant City of Cleveland served a Fed. R. Civ. P. Rule 45 subpoena on OJPC seeking the "complete file" of Plaintiff Dwayne Brooks as OJPC's client. The file was prepared and maintained by OJPC's lawyers as they assisted Brooks with his parole proceedings and later proceedings "seeking to set aside a judgment of guilt and [secure] a new trial" for Brooks. ECF 41 at 2. The Court has reviewed the subpoena at issue.

It is well known that one cannot subpoena documents that are protected by attorney-client privilege and the work product doctrine. It is also well known that an attorney cannot violate his professional obligation to maintain client confidentiality, which extends far beyond the formal end of representation. Requiring OJPC to turn over Brooks' complete file would force them to violate all three of these important tenets of law.

OJPC's Motion to Quash Subpoena is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: July 9, 2025             */s/ Dan Aaron Polster*
                       **Dan Aaron Polster**
                       **United States District Judge**