**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Dwayne Brooks,** | ) | **Case No. 1:24-CV-1590** |
| | ) | |
| **Plaintiff,** | ) | **Judge Dan Aaron Polster** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **City of Cleveland, *et al.,*** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STATUS REPORT**

This case is scheduled for a Status Conference on January 21, 2026, at 9:15 a.m. This Court ordered a Joint Status Report in advance of the Status Conference. The Parties so respond:

**I.      Written Discovery**

The Parties have substantially completed written discovery. At present, there are no written discovery disputes requiring the Court's attention.

**II.      Depositions**

The Parties have taken several depositions.   The parties currently have eight depositions scheduled in January and February and are targeting an additional six to eight depositions that have not yet been scheduled. The Parties are in the process of coordinating schedules for the remaining depositions.

**III.      Joint Request for Extension of Case Management Schedule:**

In light of the current state of discovery, including the remaining number of depositions left to be scheduled and each counsel's existing obligations in other matters, the Parties jointly

agree that a 60-day extension to the current case management schedule is in order. Therefore, the

Parties jointly request the Court extend the current remaining case management dates an additional

60 days.

### IV. Other Issues

The Parties are not aware of any other issues to bring to the Court's attention at this time.

Respectfully submitted,

| | |
|---|---|
| /s/ *Sarah Gelsomino* | /s/ *Dylan Ford* |
| Sarah Gelsomino (0084340) | William Menzalora (0061136) |
| Marcus Sidoti (0077476) | Chief Assistant Director of Law |
| Elizabeth Bonham (0093733) | Matthew R. Aumann (0093612) |
| Jacqueline Greene (0092733) | Dylan F. Ford (0101464) |
| Friedman Gilbert + Gerhardstein | Assistant Directors of Law |
| 50 Public Square, Suite 1900 | City of Cleveland, Department of Law |
| Cleveland, OH  44113 | 601 Lakeside Avenue E., Room 106 |
| Telephone:  (216) 241-1430 | Cleveland, Ohio 44114 |
| Email:  sarah@fggfirm.com | Telephone:  (216) 664-2800 |
|     marcus@fggfirm.com | Email:  wmenzalora@clevelandohio.gov |
|     elizabeth@fggfirm.com |     maumann@clevelandohio.gov |
|     jacqueline@fggfirm.com |     dford5@clevelandohio.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendant City of Cleveland* |

/s/  *Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
John D. Latchney (0046539)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH  44333
Telephone:  (330) 670-7324 / (330) 670-7602
Facsimile:   (330) 670-7602 / (330) 670-7458
Email:  kcladerone@hcplaw.net
    jlatchney@hcplaw.net

and

/s/*Joseph Gutmann*
Shneur Z. Nathan (IL6294495)
Avi T. Kamionski (IL6283191)
Joseph Gutmann (NY5221429)

2

Jami L. Galbraith (MD2211280175)
Nathan & Kamionski LLP
575 S. Charles Street, Suite 402
Baltimore, MD  21201
Telephone:  (410) 630-4493
Email:  snathan@nklawllp.com
　　　　akamionski@nklawllp.com
　　　　jgutmann@nklawllp.com
　　　　jgalbraith@nklawllp.com
*Attorneys for Officer Defendants*

HCP #1440176

3